FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D18-1463
_____

WAYMON BRAZILE,

    Petitioner,

v.

STATE OF FLORIDA,

    Respondent.

_____

Petition Alleging Ineffective Assistance of Appellate Counsel—
Original Jurisdiction.

July 27, 2018

PER CURIAM.

    The petition alleging ineffective assistance of appellate counsel is denied on the merits.

BILBREY, WINOKUR, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Waymon Brazile, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.